UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:14-cr-405-T-33EAJ

MUKHTAR AHMAD
_____/

### ORDER

This cause is before the Court pursuant to Defendant's Motion for Return of Family Deeds Utilized for Bond (Doc. # 89), which was filed on November 30, 2016. In the Motion, Defendant requests that family deeds, as well as his passport, be returned to a family member. On December 6, 2016, the Government responded to the Motion by indicating: "As this matter is resolved, and based upon the representations of counsel, the government does not oppose the defendant's motion." (Doc. # 91).

The Court grants the Motion with respect to the deeds. The Clerk is directed to transmit bond support documents (specifically family deeds) to the following family member of Defendant:

Abdul Razzaq
16534 SW 39th Street
Miramar, Florida 33027

With respect to Defendant's passport, which is a Pakistani passport, that document has been submitted by

Pretrial Services to U.S. Immigration and Customs Enforcement ("ICE"). Under Pretrial Services' policies and procedures, a defendant's passport is retained for six months after sentencing and during that time, the defendant may file a motion for return of the passport. However, after that time, the document is turned over to either the Department of State for United States Citizens, or ICE for foreign defendants. Defendant was sentenced on February 18, 2016, and the Defendant's passport is no longer in the possession of Pretrial Services.

While the Court does not have any particular objection to the return of Defendant's passport, it appears that the time for the return of the passport has expired. In the instance that Defendant desires the return of the passport, he should coordinate with ICE in an effort to secure its return.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion for Return of Family Deeds Utilized for Bond (Doc. # 89) is **GRANTED IN PART** as specified above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of December, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE